IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3168 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL TERRELL JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the announced decision from the bench this date,

IT IS ORDERED:

The defendant is released on his present conditions of supervised release, with the following additional conditions:

1. He shall participate in good faith in the Work Force Development program, as directed by the supervising officer.

2. He shall participate in good faith in the Moral Recognitive Therapy group as directed by the supervising officer.

3. He shall not drive a motor vehicle.

DATED this 15th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge