IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:08CR3168 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL TERRELL JOHNSON, | ) | |
| Defendant. | ) | |

On the joint oral motion of counsel, and with the agreement of the Probation Officer,

IT IS ORDERED that Defendant Johnson's revocation hearing is rescheduled to Wednesday, September 2, 2009, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated July 28, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge